

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR322-1 |
| | : | |
| SHUQIN YIN | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and
by leave of Court endorsed hereon, the Acting United States Attorney for the
Middle District of North Carolina hereby dismisses with prejudice the
Information of August 13, 2020, against the above-named defendant due to
the defendant successfully completing her period of pretrial diversion.

This, the 12th day of July, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
Acting United States Attorney

STEPHEN T. INMAN
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Date: 07/12/21